UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JUAN CARLOS GONZALEZ-HERNANDEZ,

       Defendant.
_____/

Case No. 1:06:CR:238

HON. GORDON J. QUIST

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed December 15, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Juan Carlos Gonzalez-Hernandez's plea of guilty to Count 1 of the Indictment is accepted. Defendant Juan Carlos Gonzalez-Hernandez is adjudicated guilty.

3. Defendant Juan Carlos Gonzalez-Hernandez shall be detained pending sentencing.

Dated: January 5, 2007

                                        /s/ Gordon J. Quist
                                      GORDON J. QUIST
                                  UNITED STATES DISTRICT JUDGE